# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Hector Ruben McGurk,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              3P:09-cv-312-FDW

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2012 Order.

Signed: August 29, 2012

Frank G. Johns, Clerk
United States District Court